UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 07-21820-CIV-GOLD/WHITE

MICHAEL EUGENE PITTS,

     Plaintiff,

v.

DR. J. POVEDA and DAVID HARRIS,

     Defendants.

_____/

ORDER ADOPTING REPORT AND RECOMMENDATIONS OF MAGISTRATE
JUDGE WHITE [DE 74]; GRANTING MOTIONS FOR SUMMARY JUDGMENT [DE 61
AND 62]; CLOSING CASE

THIS CAUSE is before the Court upon Magistrate Judge Patrick A. White's Report

and Recommendations [DE 74], entered November 6, 2008, recommending granting of

individual Defendants' Motions for Summary Judgment [DE 61 and 62]. No objections to

the Report have been filed, and the time for objections has passed. Having reviewed the

record and applicable law, it is hereby

     ORDERED AND ADJUDGED:

1.    The Report and Recommendations [DE 74] is AFFIRMED AND ADOPTED.

2.    Defendants' Motions for Summary Judgment [DE 61 and 62].

3.    This case is CLOSED.

DONE AND ORDERED in Chambers at Miami, Florida, this __9__ day of February,

2009.

_____
THE HONORABLE ALAN S. GOLD
UNITED STATES DISTRICT COURT

cc:
All counsel and parties of record
Magistrate Judge Patrick A. White